**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| FLOYD DELOACH, JR., : | |
| Plaintiff : | |
| v. : | CASE NO. 7:06-CV-123(HL) |
| Lt. CREWS, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 12) filed January 12, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation by the plaintiff within the time allotted.

**SO ORDERED,** this the 2nd day of February, 2007.

                                                        **s/ Hugh Lawson**
                                                        **HUGH LAWSON, Judge**
                                                        **United States District Court**